# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

HEATHER SPRADLIN, on behalf of
herself and all others similarly
situated, et al.,

        Plaintiffs,

v.                                 Case No.   3:23-cv-120-MMH-LLL

KEY INSTALLATION SERVICES,
INC., et al.,

        Defendants.

_____/

## ORDER AND STIPULATED FINAL JUDGMENT

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 45; Report) entered by the Honorable Laura Lothman Lambert, United States Magistrate Judge, on July 12, 2024.  In the Report, Judge Lambert recommends that the Joint Motion to Approve Settlement Agreement (Dkt. No. 37; Motion) be granted to the extent that the Court enter an Order and Stipulated Final Judgment approving the parties' settlement agreement and that the case be dismissed with prejudice.  See Report at 9.  The parties have no objections to the Report.  See Joint Notice of Non-Objection to Report and Recommendation (Dkt. No. 46).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."   28 U.S.C. § 636(b). Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to."   <u>See</u> Rule 72(b)(3); <u>see</u> <u>also</u> 28 U.S.C. § 636(b)(1). However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions.   <u>See</u> 11th Cir. R. 3-1.[1]   As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice.   <u>See</u> <u>id.</u>; <u>see</u> <u>also</u> <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a <u>de</u> <u>novo</u> or any other standard, when neither party objects to those findings."); <u>Dupree v. Warden</u>, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so.   <u>See</u> Report at 10.

Upon review of the record, including the Report, Motion, and Settlement Agreement (Dkt. No. 37-1), the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiffs' claims.   Accordingly, the Court will accept and adopt the Report.

In light of the foregoing, it is hereby

**ORDERED:**

1.   The Report and Recommendation (Dkt. No. 45) is **ADOPTED** as the opinion of the Court.

2.   The Joint Motion to Approve Settlement Agreement (Dkt. No. 37) is **GRANTED** to the extent that the Court enters this Order and Stipulated Final Judgment.

3.   The Settlement Agreement (Dkt. No. 37-1) is **APPROVED**.

4.   This case is **DISMISSED with prejudice**.

5.   The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of July, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record